SO ORDERED.

SIGNED this 09 day of September, 2008.



_Dale L. Somers_
Dale L. Somers
UNITED STATES BANKRUPTCY JUDGE

_____

Edward J. Nazar
REDMOND & NAZAR, L.L.P.
245 N. Waco, Suite 402
Wichita, Kansas 67202
(316) 262-8361

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

| IN RE: | ) | |
|---|---|---|
| | ) | |
| PAUL G. DAVIS | ) | Case No. 99-14007 |
| CARRIE EVELYN DAVIS, | ) | Chapter 11 |
| | ) | |
| Debtor(s) | ) | |

### ORDER ALLOWING REDISTRIBUTION OF FUNDS

This matters comes on for hearing on the Trustee's Application for Order to Allow Redistribution of funds. The Former Trustee appears by and through his attorney of record, Edward J. Nazar of Redmond & Nazar, L.L.P. There are no other appearances.

THEREUPON, counsel for the Trustee advises the Court as to the request as contained in the application, and the Court, after reviewing the files, pleadings and listening to the statements and arguments of counsel, finds the application of the Trustee should be and is hereby approved.

In the United States Bankruptcy Court, for the District of Kansas
In Re: Paul G. And Carrie E. Davis,
Case No. 99-14007-11
Order Allowing Redistribution of Funds
Page 2

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED BY THE COURT, that it is appropriate to allow redistribution of funds due to the fact that an additional Oil Lease Payment from Kaiser-Francis has been received.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED BY THE COURT, that the trustee is entitled to supplemental fees and expenses as follows:

Trustee Compensation in the amount of $717.50
Trustee Attorney Expenses in the amount of $268.26 per attached statement
Trustee Attorney Fees in the amount of $84.00 per attached statement

Also allowed are the following administrative payments:

2nd quarter, 2008 Chapter 11 Quarterly Fees in the amount of $325.00
3rd & 4th quarter, 2008 Chapter 11 Quarterly Fees in the amount of $650.00
1st quarter, 2009 Chapter 11 Quarterly Fees in the amount of $325.00 and
Joint Interest Billing to Burlington Resources Oil & Gas in the amount of $58.35

and that the net sum of $11,921.95 will be distributed to unsecured creditors as set forth in the attached exhibit.

IT IS SO ORDERED.

### 

SUBMITTED:


REDMOND & NAZAR, L.L.P.
245 N. Waco, Suite 402
Wichita, Kansas 67202
(316) 262-8361



By /s/ Edward J. Nazar
    Edward J. Nazar, #9845
    Attorney for Trustee

# PROPOSED DISTRIBUTION

Case Number: 99-14007  REN  
Debtor Name: DAVIS, PAUL \ DAVIS, CARRIE E.  
Page 1  
Date: August 20, 2008

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | Beginning Balance | | | | | | | $14,350.06 |
| | Less payment to UST for 2nd quarter fees | | | | | | | - 325.00 |
| | Less Administrative Fees & Expenses to be paid | | | | | | | - 2,103.11 |
| | Funds available to creditors | | | | | | | $11,921.95 |
| | MR. & MRS. ROBERT ANDERSON | Unsec | 300 | $6,736.23 | $521.02 | $6,215.21 | $21.17 | $11,900.78 |
| | MRS. JOHN ARCHER | Unsec | 300 | $18,000.00 | $1,392.23 | $16,607.77 | $56.56 | $11,844.22 |
| | STANLEY ARCHER | Unsec | 300 | $76,247.58 | $5,897.45 | $70,350.13 | $239.58 | $11,604.64 |
| | ASSOCIATES VISA | Unsec | 300 | $1,662.00 | $128.55 | $1,533.45 | $5.23 | $11,599.41 |
| | AT&T UNIVERSAL | Unsec | 300 | $2,437.63 | $188.54 | $2,249.09 | $7.66 | $11,591.75 |
| | AT&T UNIVERSAL | Unsec | 300 | $1,951.61 | $150.95 | $1,800.66 | $6.14 | $11,585.61 |
| | CRAIG ATHERTON | Unsec | 300 | $6,988.01 | $540.50 | $6,447.51 | $21.96 | $11,563.65 |
| | BANK OF NEW YORK | Unsec | 300 | $5,259.05 | $398.45 | $4,860.60 | $16.56 | $11,547.09 |
| | RALPH & SARA BASHAW | Unsec | 300 | $18,000.00 | $1,392.23 | $16,607.77 | $56.56 | $11,490.53 |
| | MR. & MRS. BRUCE BASS | Unsec | 300 | $2,426.36 | $187.67 | $2,238.69 | $7.63 | $11,482.90 |
| | MR. & MRS. JAMES L. BEACH | Unsec | 300 | $7,287.96 | $563.70 | $6,724.26 | $22.91 | $11,459.99 |
| | LUTHER M. BERRY | Unsec | 300 | $9,323.88 | $706.41 | $8,617.47 | $29.35 | $11,430.64 |
| | RENNIE J. BERRY | Unsec | 300 | $15,473.76 | $1,172.35 | $14,301.41 | $48.70 | $11,381.94 |
| | JON B. BIRD | Unsec | 300 | $849.20 | $65.68 | $783.52 | $2.66 | $11,379.28 |
| | BOTTOM LINE TOMORROW | Unsec | 300 | $39.00 | $3.02 | $35.98 | $.12 | $11,379.16 |

# PROPOSED DISTRIBUTION

Case Number: 99-14007   REN  
Debtor Name: DAVIS, PAUL \ DAVIS, CARRIE B.  
Page 2  
Date: August 20, 2008

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | LARRY BRADFORD | Unsec | 300 | $3,649.79 | $282.29 | $3,367.50 | $ 11.47 | $11,367.69 |
| | DOROTHY BRETZ | Unsec | 300 | $7,580.90 | $11.99 | $7,568.91 | $ 25.78 | $11,341.91 |
| | TED & DOROTHY BRETZ | Unsec | 300 | $28,791.81 | $2,226.94 | $26,564.87 | $ 90.47 | $11,251.44 |
| | HOWARD K. BROWN | Unsec | 300 | $4,593.97 | $355.33 | $4,238.64 | $ 14.44 | $11,237.00 |
| | MRS. WILLIAM KEITH BROWN | Unsec | 300 | $12,747.12 | $985.94 | $11,761.18 | $ 40.05 | $11,196.95 |
| | JANICE K. (BULMER) PERRY | Unsec | 300 | $1,691.36 | $130.82 | $1,560.54 | $ 5.32 | $11,191.63 |
| | ARNIE BURT | Unsec | 300 | $4,370.00 | $0.00 | $4,370.00 | $ 14.89 | $11,176.74 |
| | ESTATE OF MR. & MRS. ARTHUR BURT | Unsec | 300 | $21,062.98 | $0.00 | $21,062.98 | $ 71.73 | $11,105.01 |
| | BONNIE BURT | Unsec | 300 | $44,776.74 | $0.00 | $44,776.74 | $152.49 | $10,952.52 |
| | JON & MRS. CASIMIR | Unsec | 300 | $3,000.00 | $232.04 | $2,767.96 | $ 9.43 | $10,943.09 |
| | RALPH CAVIN | Unsec | 300 | $8,924.24 | $676.14 | $8,248.10 | $ 28.10 | $10,914.99 |
| | DAROLD CLARK | Unsec | 300 | $20,695.00 | $0.00 | $20,695.00 | $ 70.47 | $10,844.52 |
| | COMMERCIAL FINANCE | Unsec | 300 | $7,500.00 | $0.00 | $7,500.00 | $ 25.55 | $10,818.97 |
| | DAVID CONE | Unsec | 300 | $1,493.86 | $115.55 | $1,378.31 | $ 4.69 | $10,814.28 |
| | LLOYD B. CONE ESTATE | Unsec | 300 | $1,445.25 | $111.78 | $1,333.47 | $ 4.54 | $10,809.74 |
| | RICHARD E. CROWDER | Unsec | 300 | $11,691.49 | $904.29 | $10,787.20 | $ 36.73 | $10,773.01 |
| | OWEN & KATHRYN JACKSON DAHLOR | Unsec | 300 | $8,175.26 | $619.39 | $7,555.87 | $ 25.74 | $10,747.27 |
| | BARRY DAVIS | Unsec | 300 | $400.00 | $0.63 | $399.37 | $ 1.36 | $10,745.91 |
| | DISCOVER CARD | Unsec | 300 | $4,752.54 | $367.59 | $4,384.95 | $ 14.94 | $10,730.97 |
| | MARK & JAN DORIAN | Unsec | 300 | $14,866.20 | $1,149.85 | $13,716.35 | $ 46.71 | $10,684.26 |
| | RONALD DYKE ESTATE | Unsec | 300 | $3,235.00 | $0.00 | $3,235.00 | $ 11.02 | $10,673.24 |
| | MRS. JUSTIN EGBERT | Unsec | 300 | $2,280.76 | $176.40 | $2,104.36 | $ 7.17 | $10,666.07 |
| | RAY D. ELWICK | Unsec | 300 | $14,138.76 | $1,071.21 | $13,067.55 | $ 44.50 | $10,621.57 |

## PROPOSED DISTRIBUTION

Case Number: 99-14007    REN  
Debtor Name: DAVIS, PAUL \ DAVIS, CARRIE E.

Page 3

Date: August 20, 2008

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | MR. & MRS. WILLIAM O. EVANS | Unsec | 300 | $800.00 | $61.88 | $738.12 | $ 2.51 | $10,619.06 |
| | EXXON | Unsec | 300 | $4,666.37 | $360.92 | $4,305.45 | $ 14.67 | $10,604.39 |
| | CAROL ARCHER | Unsec | 300 | $800.00 | $61.88 | $738.12 | $ 2.51 | $10,601.88 |
| | FIRST BANK | Unsec | 300 | $2,100.00 | $3.33 | $2,096.67 | $ 7.15 | $10,594.73 |
| | THOMAS GALBRAITH, CPA | Unsec | 300 | $15,000.00 | $1,160.20 | $13,839.80 | $ 47.13 | $10,547.60 |
| | MR. & MRS. DONALD GARDNER | Unsec | 300 | $3,915.50 | $296.65 | $3,618.85 | $ 12.33 | $10,535.27 |
| | CHARLENE GLASCO | Unsec | 300 | $9,000.00 | $0.00 | $9,000.00 | $ 30.66 | $10,504.61 |
| | GEORGE & BEVERLY GLOVER | Unsec | 300 | $31,742.63 | $0.00 | $31,742.63 | $108.10 | $10,396.51 |
| | GOLF DIGEST | Unsec | 300 | $23.94 | $1.84 | $22.10 | $ .07 | $10,396.44 |
| | GOLF'S CLASSIC MASTERCARD | Unsec | 300 | $5,900.00 | $0.00 | $5,900.00 | $ 20.10 | $10,376.34 |
| | TROY B. GUILTNER | Unsec | 300 | $4,544.94 | $351.53 | $4,193.41 | $ 14.29 | $10,362.05 |
| | BETTY GULLEY | Unsec | 300 | $2,166.37 | $3.43 | $2,162.94 | $ 7.37 | $10,354.68 |
| | JOE B. & MARY GUNN | Unsec | 300 | $21,339.80 | $1,616.79 | $19,723.01 | $ 67.16 | $10,287.52 |
| | BUEL & VADA HARMS | Unsec | 300 | $7,069.38 | $546.79 | $6,522.59 | $ 22.22 | $10,265.30 |
| | REV. & MRS. RICKY HARMS | Unsec | 300 | $2,740.63 | $211.98 | $2,528.65 | $ 8.62 | $10,256.68 |
| | HARRIS BANK | Unsec | 300 | $4,400.00 | $0.00 | $4,400.00 | $ 14.99 | $10,241.69 |
| | HAYT, HAYT & LANDAU | Unsec | 300 | $1,288.88 | $99.68 | $1,189.20 | $ 4.04 | $10,237.65 |
| | ESTATE OF GENEVA HILLS | Unsec | 300 | $2,300.00 | $177.89 | $2,122.11 | $ 7.23 | $10,230.42 |
| | DONALD & SHERRI HUTCHINSON | Unsec | 300 | $400.00 | $0.63 | $399.37 | $ 1.36 | $10,229.06 |
| | INTRUST BANK | Unsec | 300 | $2,100.00 | $162.43 | $1,937.57 | $ 6.60 | $10,222.46 |
| | J.L. AND LORA JONES | Unsec | 300 | $1,200.00 | $92.82 | $1,107.18 | $ 3.77 | $10,218.69 |
| | DARRELL KANAGA | Unsec | 300 | $9,454.87 | $731.29 | $8,723.58 | $ 29.71 | $10,188.98 |

## PROPOSED DISTRIBUTION

Case Number: 99-14007 REN  
Debtor Name: DAVIS, PAUL \ DAVIS, CARRIE B.  
Page 4  
Date: August 20, 2008

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | JAMES & CAROLE KELLER | Unsec | 300 | $1,524.36 | $2.41 | $1,521.95 | $ 5.19 | $10,183.79 |
| | REV. & MRS. DONALD LACY | Unsec | 300 | $3,534.69 | $273.39 | $3,261.30 | $ 11.11 | $10,172.68 |
| | MRS. NONA LATTIMORE | Unsec | 300 | $450.00 | $34.81 | $415.19 | $ 1.41 | $10,171.27 |
| | WILLIAM M. & CATHY LIVELY | Unsec | 300 | $25,875.66 | $0.00 | $25,875.66 | $ 88.12 | $10,083.15 |
| | CLINTON MACHANN | Unsec | 300 | $2,972.24 | $229.89 | $2,742.35 | $ 9.34 | $10,073.81 |
| | DR. HAROLD MANAHAN | Unsec | 300 | $4,826.35 | $373.30 | $4,453.05 | $ 15.17 | $10,058.64 |
| | TERRELL R. MARTIN | Unsec | 300 | $1,618.43 | $2.57 | $1,615.86 | $ 5.51 | $10,053.13 |
| | MR. & MRS. WILLIAM S. MCCULLY | Unsec | 300 | $17,016.16 | $0.00 | $17,016.16 | $ 57.95 | $ 9,995.18 |
| | JOSEPH MERCER | Unsec | 300 | $2,000.00 | $154.69 | $1,845.31 | $ 6.29 | $ 9,988.89 |
| | MR. & MRS. WILLIAM H. MEREDITH | Unsec | 300 | $9,000.00 | $696.12 | $8,303.88 | $ 28.29 | $ 9,960.60 |
| | BONNIE MOORE | Unsec | 300 | $4,946.08 | $374.73 | $4,571.35 | $ 15.57 | $ 9,945.03 |
| | MORGAN FOUNDATION | Unsec | 300 | $10,567.77 | $817.37 | $9,750.40 | $ 33.20 | $ 9,911.83 |
| | BETTY JOYCE MORGAN | Unsec | 300 | $28,567.77 | $2,209.60 | $26,358.17 | $ 89.76 | $ 9,822.07 |
| | LOUIS S. MORGAN | Unsec | 300 | $10,567.77 | $817.38 | $9,750.39 | $ 33.20 | $ 9,788.87 |
| | MOTOR TREND | Unsec | 300 | $17.94 | $1.39 | $16.55 | $ .05 | $ 9,788.82 |
| | FRANK & MICHELLE MOWDY | Unsec | 300 | $3,466.76 | $268.14 | $3,198.62 | $ 10.90 | $ 9,777.92 |
| | NATIONWIDE CREDIT, INC. | Unsec | 300 | $1,471.11 | $2.32 | $1,468.79 | $ 5.01 | $ 9,772.91 |
| | RALPH S. NOLAND | Unsec | 300 | $12,013.08 | $929.16 | $11,083.92 | $ 37.74 | $ 9,735.17 |
| | MERRILL E. NUNN | Unsec | 300 | $17,481.77 | $1,324.49 | $16,157.28 | $ 55.02 | $ 9,680.15 |
| | GEORGE & ARLENE ONBEL | Unsec | 300 | $965.27 | $74.66 | $890.61 | $ 3.03 | $ 9,677.12 |
| | ROGER W. PARKER | Unsec | 300 | $3,247.73 | $0.00 | $3,247.73 | $ 11.07 | $ 9,666.05 |
| | MR. & MRS. EMERSON L. PAULSEN | Unsec | 300 | $3,600.94 | $272.82 | $3,328.12 | $ 11.34 | $ 9,654.71 |

## PROPOSED DISTRIBUTION

Case Number: 99-14007  REN  Page 5  Date: August 20, 2008
Debtor Name: DAVIS, PAUL \ DAVIS, CARRIE E.

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | PMA | Unsec | 300 | $33.60 | $2.60 | $31.00 | $ .10 | $ 9,654.61 |
| | MR. & MRS. LARRY G. POINTER | Unsec | 300 | $34,783.62 | $0.00 | $34,783.62 | $ 118.46 | $ 9,536.15 |
| | PUBLISHERS CLEARING HOUSE | Unsec | 300 | $43.85 | $3.39 | $40.46 | $ .13 | $ 9,536.02 |
| | VIOLET PUGSLEY | Unsec | 300 | $22,237.50 | $1,684.80 | $20,552.70 | $ 69.99 | $ 9,466.03 |
| | DOUG RIDDLE | Unsec | 300 | $7,291.48 | $0.00 | $7,291.48 | $ 24.84 | $ 9,441.19 |
| | MR. & MRS. ROBERT ROEBUCK | Unsec | 300 | $11,411.60 | $0.00 | $11,411.60 | $ 38.86 | $ 9,402.33 |
| | JOCHEN & CHEREE SCHEPP | Unsec | 300 | $28,547.28 | $0.00 | $28,547.28 | $ 97.22 | $ 9,305.11 |
| | CARL E. & PEGGY K. SHAFER | Unsec | 300 | $15,604.60 | $1,206.96 | $14,397.64 | $ 49.03 | $ 9,256.08 |
| | MR. & MRS. DAVIS SHEW | Unsec | 300 | $2,400.00 | $185.63 | $2,214.37 | $ 7.55 | $ 9,248.53 |
| | SHIRLEY SIMPSON | Unsec | 300 | $4,543.73 | $351.44 | $4,192.29 | $ 14.28 | $ 9,234.25 |
| | GLENN SINFELLOW | Unsec | 300 | $4,855.33 | $367.86 | $4,487.47 | $ 15.29 | $ 9,218.96 |
| | EDNA SMALTS | Unsec | 300 | $5,378.50 | $0.00 | $5,378.50 | $ 18.32 | $ 9,200.64 |
| | J. D. SMITH | Unsec | 300 | $41,472.53 | $0.00 | $41,472.53 | $ 141.24 | $ 9,059.40 |
| | JERRY L. STEELE | Unsec | 300 | $2,308.60 | $178.56 | $2,130.04 | $ 7.26 | $ 9,052.14 |
| | JOANNA M. STEELE | Unsec | 300 | $12,023.52 | $929.97 | $11,093.55 | $ 37.78 | $ 9,014.36 |
| | REV. & MRS. ROBERT O. STONE | Unsec | 300 | $22,556.65 | $1,744.67 | $20,811.98 | $ 70.87 | $ 8,943.49 |
| | MR. & MRS. EDWARD STUCKY | Unsec | 300 | $3,573.94 | $0.00 | $3,573.94 | $ 12.18 | $ 8,931.31 |
| | ROY J. TRAMMELL | Unsec | 300 | $22,064.56 | $1,671.70 | $20,392.86 | $ 69.45 | $ 8,861.86 |
| | TRAVEL AMERICA | Unsec | 300 | $11.97 | $0.93 | $11.04 | $ .03 | $ 8,861.83 |
| | TV GUIDE | Unsec | 300 | $35.96 | $2.78 | $33.18 | $ .11 | $ 8,861.72 |
| | U.S. BANK | Unsec | 300 | $971.33 | $75.13 | $896.20 | $ 3.05 | $ 8,858.67 |
| | MR. & MRS. DONALD WALKER | Unsec | 300 | $18,000.00 | $1,392.23 | $16,607.77 | $ 56.56 | $ 8,802.11 |

## PROPOSED DISTRIBUTION

Case Number: 99-14007    REN  
Debtor Name: DAVIS, PAUL \ DAVIS, CARRIE B.  
Page 6  
Date: August 20, 2008

| Claim# | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | MR. & MRS. JAMES WARD | Unsec | 300 | $9,387.04 | $726.04 | $8,661.00 | $29.50 | $8,772.61 |
| | MR. & MRS. ROBERT WARREN | Unsec | 300 | $5,481.13 | $0.00 | $5,481.13 | $18.67 | $8,753.94 |
| | REV. & MRS. NORVEL W. WELCH | Unsec | 300 | $4,237.74 | $0.00 | $4,237.74 | $14.44 | $8,739.50 |
| | DORIS E. WHEELER | Unsec | 300 | $3,757.38 | $0.00 | $3,757.38 | $12.80 | $8,726.70 |
| | MR. & MRS. JAMES W. WILCOX, JR. | Unsec | 300 | $2,427.51 | $3.83 | $2,423.68 | $8.26 | $8,718.44 |
| | MR. & MRS. JAMES L. WILLIAMS | Unsec | 300 | $5,000.00 | $378.82 | $4,621.18 | $15.74 | $8,702.70 |
| | MR. & MRS. DWANE WINTERS | Unsec | 300 | $3,500.00 | $0.00 | $3,500.00 | $11.92 | $8,690.78 |
| | MR. & MRS. JAMES WOOD | Unsec | 300 | $1,495.00 | $115.63 | $1,379.37 | $4.69 | $8,686.09 |
| | MR. & MRS. ROBERT WOOD | Unsec | 300 | $29,776.44 | $2,255.98 | $27,520.46 | $93.72 | $8,592.37 |
| | MR. & MRS. DON WRIGHT | Unsec | 300 | $6,768.10 | $523.48 | $6,244.62 | $21.27 | $8,571.10 |
| | REV & MRS. BOBBY WRIGHT | Unsec | 300 | $3,861.08 | $298.64 | $3,562.44 | $12.14 | $8,558.96 |
| 00003 | TOOMEY PILGREEN, L.L.C. | Unsec | 300 | $5,000.00 | $386.74 | $4,613.26 | $15.72 | $8,543.24 |
| 00004 | MONTGOMERY WARDS | Unsec | 300 | $1,932.99 | $149.50 | $1,783.49 | $6.08 | $8,537.16 |
| 00005 | SEARS ROEBUCK & COMPANY | Unsec | 300 | $5,810.90 | $0.00 | $5,810.90 | $19.79 | $8,517.37 |
| 00006 | INTERNAL REVENUE SERVICE | Unsec | 300 | $2,000.00 | $154.69 | $1,845.31 | $6.29 | $8,511.08 |
| 00007 | PROVIDIAN FINANCIAL | Unsec | 300 | $1,009.04 | $78.05 | $930.99 | $3.17 | $8,507.91 |
| 00008 | AMELIA ASKINS | Unsec | 300 | $4,000.00 | $309.38 | $3,690.62 | $12.57 | $8,495.34 |
| 00009 | KAYE S. MCMULLIN | Unsec | 300 | $9,262.50 | $716.42 | $8,546.08 | $29.11 | $8,466.23 |
| 00011 | JOHN PHILLIP DELOZIER | Unsec | 300 | $21,227.39 | $1,641.86 | $19,585.53 | $66.70 | $8,399.53 |
| 00012 | BRADLEY N. DELOZIER | Unsec | 300 | $21,227.39 | $1,608.27 | $19,619.12 | $66.81 | $8,332.72 |
| 00013 | CYNTHIA DELOZIER | Unsec | 300 | $21,277.39 | $0.00 | $21,277.39 | $72.46 | $8,260.26 |

## PROPOSED DISTRIBUTION

Case Number: 99-14007  REN  
Debtor Name: DAVIS, PAUL \ DAVIS, CARRIE E.  
Page 7  
Date: August 20, 2008

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| 00014 | CAPITAL ONE | Unsec | 300 | $5,435.72 | $411.83 | $5,023.89 | $ 17.11 | $ 8,243.15 |
| 00015 | KATYLYU BRANT | Unsec | 300 | $4,000.00 | $309.38 | $3,690.62 | $ 12.57 | $ 8,230.58 |
| 00016 | CHARLES D. ELDER | Unsec | 300 | $74,406.00 | $5,755.01 | $68,650.99 | $ 233.80 | $ 7,996.78 |
| 00017 | RICHARD E. HLADIK | Unsec | 300 | $23,450.00 | $1,813.76 | $21,636.24 | $ 73.68 | $ 7,923.10 |
| 00018 | TRUETT M. & DOROTHY J. HYLES | Unsec | 300 | $46,139.63 | $3,568.72 | $42,570.91 | $ 144.98 | $ 7,778.12 |
| 00019 | BRUCE D. SWAFFORD | Unsec | 300 | $28,400.00 | $2,196.63 | $26,203.37 | $ 89.23 | $ 7,688.89 |
| 00020 | WILLIAM EARL WHITE | Unsec | 300 | $3,250.00 | $251.38 | $2,998.62 | $ 10.22 | $ 7,678.67 |
| 00021 | ALTON L. MATHIS | Unsec | 300 | $7,000.00 | $530.35 | $6,469.65 | $ 22.04 | $ 7,656.63 |
| 00022 | WENDELL & BETTY HORNE | Unsec | 300 | $3,205.87 | $247.96 | $2,957.91 | $ 10.08 | $ 7,646.55 |
| 00023 | WILLIAM B. DORSEY | Unsec | 300 | $1,935.00 | $149.66 | $1,785.34 | $ 6.09 | $ 7,640.46 |
| 00024 | KIMBERLEE K. DORSEY ANDERSON | Unsec | 300 | $2,000.00 | $154.69 | $1,845.31 | $ 6.29 | $ 7,634.17 |
| 00026 | RICHARD L. SCHMIDT | Unsec | 300 | $1,000.00 | $77.35 | $922.65 | $ 3.14 | $ 7,631.03 |
| 00027 | LOREN E. & BETTY S. TRACY | Unsec | 300 | $18,990.03 | $1,468.80 | $17,521.23 | $ 59.67 | $ 7,571.36 |
| 00028 | RANDOLPH & NANCY G. STRAUB | Unsec | 300 | $14,950.00 | $1,156.33 | $13,793.67 | $ 46.97 | $ 7,524.39 |
| 00029 | ODELL & MADELINE JOHNSON | Unsec | 300 | $17,762.00 | $1,373.83 | $16,388.17 | $ 55.81 | $ 7,468.58 |
| 00030 | SOUTHSIDE BAPTIST CHURCH | Unsec | 300 | $1,874.00 | $144.94 | $1,729.06 | $ 5.89 | $ 7,462.69 |
| 00031 | TIMMY JOHNSON | Unsec | 300 | $16,000.00 | $1,237.54 | $14,762.46 | $ 50.27 | $ 7,412.42 |
| 00032 | SEDGWICK COUNTY TREAS. | Unsec | 300 | $2,553.59 | $197.51 | $2,356.08 | $ 8.02 | $ 7,404.40 |
| 00033 | CAROL JEAN ARCHER | Unsec | 300 | $18,750.00 | $1,450.24 | $17,299.76 | $ 58.91 | $ 7,345.49 |
| 00034 | RICKY D. MARKHAM | Unsec | 300 | $18,546.10 | $1,434.47 | $17,111.63 | $ 58.27 | $ 7,287.22 |
| 00035 | NORMA UTY N/K/A | Unsec | 300 | $2,000.00 | $154.69 | $1,845.31 | $ 6.29 | $ 7,280.93 |
| 00036 | LYNN A. RICHTER | Unsec | 300 | $10,364.55 | $801.65 | $9,562.90 | $ 32.56 | $ 7,248.37 |

# PROPOSED DISTRIBUTION

Case Number: 99-14007    REN  
Debtor Name: DAVIS, PAUL \ DAVIS, CARRIE E.

Page 8

Date: August 20, 2008

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| 00037 | MERCANTILE BANK MASTERCARD | Unsec | 300 | $10,307.11 | $0.00 | $10,307.11 | $ 35.10 | $ 7,213.27 |
| 00038 | DOY JONES | Unsec | 300 | $15,000.00 | $1,160.20 | $13,839.80 | $ 47.13 | $ 7,166.14 |
| 00039 | REV. & MRS. N.N. ATONSON | Unsec | 300 | $18,023.20 | $1,394.03 | $16,629.17 | $ 56.63 | $ 7,109.51 |
| 00040 | CHARLES L. & CAROL J. WOOD | Unsec | 300 | $116,701.13 | $9,026.37 | $107,674.76 | $ 366.70 | $ 6,742.81 |
| 00041 | DONALD W. REED | Unsec | 300 | $16,420.30 | $1,270.05 | $15,150.25 | $ 51.59 | $ 6,691.22 |
| 00042 | CHARLES BAGGETT | Unsec | 300 | $3,250.00 | $251.37 | $2,998.63 | $ 10.22 | $ 6,681.00 |
| 00043 | DONALD D. & DONNA ROE | Unsec | 300 | $20,832.40 | $1,611.31 | $19,221.09 | $ 65.46 | $ 6,615.54 |
| 00044 | MILDRED E. KORCH | Unsec | 300 | $1,570.96 | $121.51 | $1,449.45 | $ 4.93 | $ 6,610.61 |
| 00049 | DANNY & FRANCES SIMPSON | Unsec | 300 | $3,175.00 | $245.58 | $2,929.42 | $ 9.98 | $ 6,600.63 |
| 00050 | THOMAS E. & P. R. SMITH | Unsec | 300 | $4,415.60 | $341.53 | $4,074.07 | $ 13.88 | $ 6,586.75 |
| 00051 | EDWIN W. & SARA C. WOOD | Unsec | 300 | $47,192.32 | $3,650.14 | $43,542.18 | $ 148.28 | $ 6,438.47 |
| 00052 | MELVIN R. & DOROTHY J. BROOKS | Unsec | 300 | $3,225.00 | $249.43 | $2,975.57 | $ 10.14 | $ 6,428.33 |
| 00053 | HUGH RON AND E. JOY COX | Unsec | 300 | $18,000.00 | $1,392.23 | $16,607.77 | $ 56.56 | $ 6,371.77 |
| 00054 | EVELYN CLINE | Unsec | 300 | $14,433.31 | $1,116.36 | $13,316.95 | $ 45.35 | $ 6,326.42 |
| 00055 | JAMES I. NUTTER | Unsec | 300 | $27,807.00 | $2,150.76 | $25,656.24 | $ 87.37 | $ 6,239.05 |
| 00056 | JOE R. & SUSAN FERSTL | Unsec | 300 | $26,529.25 | $2,051.93 | $24,477.32 | $ 83.36 | $ 6,155.69 |
| 00057 | ROBERT B. ALFORD, REVOCABLE TRUST | Unsec | 300 | $25,000.00 | $1,933.66 | $23,066.34 | $ 78.55 | $ 6,077.14 |
| 00058 | JOHNNY N. & MRS. BURNETT | Unsec | 300 | $28,000.00 | $2,165.69 | $25,834.31 | $ 87.98 | $ 5,989.16 |
| 00060 | BENNIE R. & FRANCILL C. WILSON | Unsec | 300 | $15,000.00 | $1,160.19 | $13,839.81 | $ 47.13 | $ 5,942.03 |
| 00061 | ALBERT D. & LAURA M. WOOD | Unsec | 300 | $6,250.00 | $483.41 | $5,766.59 | $ 19.64 | $ 5,922.39 |
| 00062 | BONNIE GUILTNER | Unsec | 300 | $9,000.00 | $696.12 | $8,303.88 | $ 28.29 | $ 5,894.10 |

# PROPOSED DISTRIBUTION

Case Number: 99-14007  REN  
Debtor Name: DAVIS, PAUL \ DAVIS, CARRIE E.

Page 9

Date: August 20, 2008

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| 00063 | EVERETT L. SMALTS | Unsec | 300 | $45,000.00 | $3,409.38 | $41,590.62 | $ 141.64 | $ 5,752.46 |
| 00064 | REV. & MRS. H.V. MORATTO | Unsec | 300 | $60,809.08 | $4,703.34 | $56,105.74 | $ 191.07 | $ 5,561.39 |
| 00065 | LARRY D. SULLIVAN | Unsec | 300 | $44,456.00 | $3,438.49 | $41,017.51 | $ 139.69 | $ 5,421.70 |
| 00066 | HERBERT J & DOLORES A. DOTY | Unsec | 300 | $58,374.03 | $4,515.00 | $53,859.03 | $ 183.42 | $ 5,238.28 |
| 00067 | CITIBANK/CHOICE | Unsec | 300 | $2,921.86 | $225.99 | $2,695.87 | $ 9.19 | $ 5,229.09 |
| 00069 | WALTER R. & DIANA EMERY | Unsec | 300 | $78,550.94 | $6,075.61 | $72,475.33 | $ 246.82 | $ 4,982.27 |
| 00070 | LLOYD L. & MYRTLE FARRIS | Unsec | 300 | $33,167.00 | $2,565.34 | $30,601.66 | $ 104.21 | $ 4,878.06 |
| 00071 | CARL E. & FLORENCE BROUILLETTE | Unsec | 300 | $1,800.00 | $139.23 | $1,660.77 | $ 5.66 | $ 4,872.40 |
| 00072 | AMOS COFFEY | Unsec | 300 | $15,475.00 | $1,172.45 | $14,302.55 | $ 48.70 | $ 4,823.70 |
| 00073 | LESTER M. ARNOLD | Unsec | 300 | $3,750.00 | $290.05 | $3,459.95 | $ 11.79 | $ 4,811.91 |
| 00074 | WILFORD SODOWSKY | Unsec | 300 | $4,000.00 | $309.38 | $3,690.62 | $ 12.57 | $ 4,799.34 |
| 00075 | GOLDIE SINFELLOW SODOWSKY | Unsec | 300 | $4,000.00 | $309.38 | $3,690.62 | $ 12.57 | $ 4,786.77 |
| 00077 | FIRST BAPTIST CHURCH | Unsec | 300 | $12,000.00 | $928.15 | $11,071.85 | $ 37.70 | $ 4,749.07 |
| 00078 | MR. & MRS. KENNETH M. BELFLOWER | Unsec | 300 | $10,000.00 | $773.46 | $9,226.54 | $ 31.43 | $ 4,717.64 |
| 00079 | DON W. CLIFFORD | Unsec | 300 | $24,500.00 | $1,894.99 | $22,605.01 | $ 76.98 | $ 4,640.66 |
| 00080 | REV. JAMES & MARY GRIFFIN | Unsec | 300 | $122,826.79 | $9,500.17 | $113,326.62 | $ 385.94 | $ 4,254.72 |
| 00081 | REX & SUE LINDSAY | Unsec | 300 | $49,720.00 | $3,845.64 | $45,874.36 | $ 156.23 | $ 4,098.49 |
| 00082 | NORBERT J. ATHERTON | Unsec | 300 | $105,552.34 | $8,164.06 | $97,388.28 | $ 331.66 | $ 3,766.83 |
| 00083 | FRANK MCKINLEY | Unsec | 300 | $2,758.18 | $213.33 | $2,544.85 | $ 8.67 | $ 3,758.16 |
| 00084 | RICHARD & GAIL WINTER | Unsec | 300 | $28,175.00 | $2,179.22 | $25,995.78 | $ 88.53 | $ 3,669.63 |
| 00085 | DOUGLAS WILT | Unsec | 300 | $5,694.50 | $9.01 | $5,685.49 | $ 19.37 | $ 3,650.26 |
| 00086 | DANA R. AND JUDITH A. WILT | Unsec | 300 | $36,091.64 | $2,791.54 | $33,300.10 | $ 113.40 | $ 3,536.86 |

# PROPOSED DISTRIBUTION

Case Number: 99-14007    REN  
Debtor Name: DAVIS, PAUL \ DAVIS, CARRIE E.

Page 10

Date: August 20, 2008

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| 00087 | REX & PEARL LWILT | Unsec | 300 | $35,560.99 | $2,750.50 | $32,810.49 | $ 111.74 | $ 3,425.12 |
| 00088 | MICHAEL WILT | Unsec | 300 | $7,567.71 | $585.33 | $6,982.38 | $ 23.78 | $ 3,401.34 |
| 00089 | TERRY ATHERTON | Unsec | 300 | $120,887.04 | $9,350.14 | $111,536.90 | $ 379.85 | $ 3,021.49 |
| 00090 | DALE B. AND CAROLYN S. ELMORE | Unsec | 300 | $107,183.25 | $8,290.20 | $98,893.05 | $ 336.79 | $ 2,684.70 |
| 00091 | SHIRLEY ELMORE | Unsec | 300 | $44,727.75 | $3,459.52 | $41,268.23 | $ 140.54 | $ 2,544.16 |
| 00092 | LANARD SMITH | Unsec | 300 | $243,555.30 | $18,838.04 | $224,717.26 | $ 765.30 | $ 1,778.86 |
| 00095 | RICHARD ALLEN GLENN | Unsec | 300 | $4,000.00 | $309.38 | $3,690.62 | $ 12.57 | $ 1,766.29 |
| 00096 | MR. & MRS. EDGAR SHORT | Unsec | 300 | $38,000.00 | $2,939.15 | $35,060.85 | $ 119.40 | $ 1,646.89 |
| 00097 | JERRY D. & FRANCES ELDER | Unsec | 300 | $2,182.70 | $168.82 | $2,013.88 | $ 6.86 | $ 1,640.03 |
| 00100 | GAYLON B. & BETTY S. WILEY | Unsec | 300 | $36,200.00 | $2,799.93 | $33,400.07 | $ 113.74 | $ 1,526.29 |
| 00101 | ELSIE M. GODLEY | Unsec | 300 | $25,000.00 | $1,933.66 | $23,066.34 | $ 78.55 | $ 1,447.74 |
| 00102 | LARRY GODLEY | Unsec | 300 | $50,000.00 | $3,867.30 | $46,132.70 | $ 157.11 | $ 1,290.63 |
| 00103 | WILLIAM F. BARLOW | Unsec | 300 | $45,000.00 | $3,480.58 | $41,519.42 | $ 141.40 | $ 1,149.23 |
| 00104 | JAMES P. ANDERSON | Unsec | 300 | $20,379.65 | $1,576.29 | $18,803.36 | $ 64.03 | $ 1,085.20 |
| 00105 | ENOGEX PRODUCTS CORP. | Unsec | 300 | $595.79 | $46.09 | $549.70 | $ 1.87 | $ 1,083.33 |
| 00106 | DONALD & MARY HORN | Unsec | 300 | $44,813.08 | $3,466.11 | $41,346.97 | $ 140.81 | $ 942.52 |
| 00107 | MARY LOU KINDRED | Unsec | 300 | $134,360.00 | $10,392.22 | $123,967.78 | $ 422.18 | $ 520.34 |
| 00108 | GORDON L. DORIAN | Unsec | 300 | $23,381.04 | $1,808.43 | $21,572.61 | $ 73.46 | $ 446.88 |
| 00109 | MARY WOOD | Unsec | 300 | $7,183.49 | $555.62 | $6,627.87 | $ 22.58 | $ 424.30 |
| 00110 | KIMBERLY ZIMPFER AND/OR KAYTLIN ZIMPFER | Unsec | 300 | $1,500.00 | $116.02 | $1,383.98 | $ 4.71 | $ 419.59 |
| 00111 | RANDALL S. & SERI LYNN PECK | Unsec | 300 | $4,500.00 | $340.94 | $4,159.06 | $ 14.17 | $ 405.42 |
| 00112 | WILLIAM & ANNETTE HOOD | Unsec | 300 | $1,000.00 | $77.35 | $922.65 | $ 3.14 | $ 402.28 |

## PROPOSED DISTRIBUTION

Case Number: 99-14007  REN  
Debtor Name: DAVIS, PAUL \ DAVIS, CARRIE E.

Page 11

Date: August 20, 2008

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| 00113 | RALPH G. PECK | Unsec | 300 | $2,500.00 | $193.36 | $2,306.64 | $ 7.86 | $ 394.42 |
| 00114 | DAVID & VICKI IRONS | Unsec | 300 | $42,583.14 | $3,293.64 | $39,289.50 | $ 133.80 | $ 260.62 |
| 00115 | BROADWAY MORTUARY | Unsec | 300 | $10,000.00 | $773.46 | $9,226.54 | $ 31.42 | $ 229.20 |
| 00116 | W. ASHLEY COZINE | Unsec | 300 | $5,000.00 | $386.74 | $4,613.26 | $ 15.72 | $ 213.48 |
| 00117 | HEATHER ELIZABETH COZINE | Unsec | 300 | $5,000.00 | $378.82 | $4,621.18 | $ 15.74 | $ 197.74 |
| 00118 | WILLIAM L. COZINE | Unsec | 300 | $10,000.00 | $757.64 | $9,242.36 | $ 31.47 | $ 166.27 |
| 00119 | UNIT PETROLEUM CO & UNIT | Unsec | 300 | $7,212.04 | $557.82 | $6,654.22 | $ 22.67 | $ 143.60 |
| 00120 | MARATHON OIL COMPANY | Unsec | 300 | $43,922.80 | $3,397.25 | $40,525.55 | $ 138.01 | $ 5.59 |
| 00121 | BRUCE E. LASSILA | Unsec | 300 | $1,777.75 | $137.50 | $1,640.25 | $ 5.59 | $ 0.00 |
| << Totals >> | | | | $3,772,202.69 | $268,315.76 | $3,503,886.93 | $11,921.95 | $0.00 |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution.