REDMOND & NAZAR, L.L.P.
245 North Waco, Suite 402
Wichita, Kansas 67202

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| PAUL G. DAVIS | ) | Case No. 99-14007 |
| CARRIE EVELYN DAVIS, | ) | Chapter 11 |
| | ) | |
| Debtor(s) | ) | |

APPLICATION FOR ORDER TO ALLOW TENDER OF FUNDS
TO CLERK OF THE UNITED STATES BANKRUPTCY COURT
AND CLOSING OF CASE

COMES NOW Edward J. Nazar, Chapter 11 Trustee, and hereby moves the Court for an order allowing the tender of the approximate sum of $3,269.61 to the Clerk of the United States Bankruptcy Court.

In support thereof, the trustee alleges:

1. The trustee has received and has the approximate sum of $4,200.00 on hand.

2. The trustee has ascertained that the funds should be delivered to Cyrus Land & Royalty, LLC. Cyrus Land & Royalty, LLC was a former Oklahoma limited liability company, with its last known address at One North Hudson Street, Suite 140, Oklahoma City, Oklahoma 73102. Attached is a summary sheet from the search of the Secretary of State of Oklahoma. Numerous attempts to mail to that location have been made.

3. Cyrus Land & Royalty, LLC has been cancelled per the Oklahoma Secretary of State.

4. All correspondence to that address concerning this matter has been returned as moved with no forwarding address.

5. The trustee seeks compensation of the following:

In the United States Bankruptcy Court for the District of Kansas
IN RE: Paul G. Davis and Carrie Evelyn Davis
Bankruptcy Case No. 99-14007-11
Application for Order to Allow Tender of Funds to Clerk of United States Bankruptcy Court
Page 2

---

    a.    $205.39 representing 5% of the available proceeds for statutory fees under 11 U.S.C. §326;

    b.    $325.00 to the United States Trustee representing payment of the 3rd quarter 2010 Chapter 11 quarterly fees; and

    c.    $400.00 to Redmond & Nazar, L.L.P. representing trustee attorney fees.

    d.    The approximate balance of $3,269.61 should be paid into the Clerk of the United States Bankruptcy Court for the benefit of Cyrus Land & Royalty, LLC.

6.    Upon tender of these funds, the trustee requests the Court for an order to close this case.

WHEREFORE the trustee prays for appropriate relief.

RESPECTFULLY SUBMITTED:

REDMOND & NAZAR, L.L.P.

/s/Edward J. Nazar
Edward J. Nazar, #09845
Attorney for Chapter 11 Trustee
245 North Waco, Suite 402
Wichita, KS 67202-1117
316-262-8361 / 316-263-0610 fax
ebn1@redmondnazar.com

Business Services  Notary          Executive       Agricultural Liens  Open     Meetings   Administrative      International
(/business/default.aspx)(/notary/default.aspx)Legislative (/cfs/default.aspx)   (/meetings/legacy/default.aspx) Relations
                                   (/gov/default.aspx)                                     (/oar/default.aspx)  (/protocol/Default.aspx)

Home        (/(S(hfi1b155qdirny45spxepd45))/default.aspx):           Business       Services      (
(hfi1b155qdirny45spxepd45))/business/Default.aspx)       :           Corporations                 (
(hfi1b155qdirny45spxepd45))/corp/Default.aspx) : Corp Information

## Entity Summary Information

Select the printer link to print this page, or use the buttons below to file or place an order.

**Print Page** (javascript: doPostBack('ctl00$DefaultContent$lnkPrint',''))

**CYRUS LAND & ROYALTY, L.L.C.**

### Details

| | |
|---|---|
| Filing Number: | 3500622690 |
| Name Type: | Legal Name |
| Status: | Cancelled |
| Corp type: | Domestic Limited Liability Company |
| Jurisdiction: | Oklahoma |
| Formation Date: | 29 Apr 1999 |

### Registered Agent Information

| | |
|---|---|
| Name: | ALLEN GANN |
| Effective: | N/A |
| Address: | 1 N HUDSON STE 140 |
| City, State, ZipCode: | OKC   OK   73102 |

[ View Entity Detail ]   [ File a Document ]   [ Order Documents ]   [ New Search ]